UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _12-2752-BLG_

UNITED STATES OF AMERICA

vs.

RYAN CHRISTOPHER SNIDER,

Defendant.
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United
    States Attorney's Office prior to October 14, 2003?   _____ Yes  __x__ No

2.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to September 1, 2007?   _____ Yes  _x_ No

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
FRANCIS VIAMONTES
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 605514
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9002
FAX (305) 530-7976

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. *12- 2752-GARBER* |
| Ryan Christopher Snider | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 25, 2012 _____ in the county of _____ Miami-Dade _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49, United States Code, Section 46504. | The defendant, Ryan Christopher Snider, while a passenger on an aircraft in the special aircraft jurisdiction of the United States, that is, while on American Airlines flight number 320, en route from Montego Bay, Jamaica, to Miami, Florida , did intimidate a flight crew member, of said aircraft and thereby interfered with the performance of the duties of the flight crew and lessened the ability of the flight crew to perform those duties; in violation of Title 49, United States Code, Section 46504. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew May, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 05/25/2012 _____

_____
*Judge's signature*

City and state: _____ Miami, Florida _____

BARRY L. GARBER, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

Your affiant, Matthew R. May, being duly sworn, deposes and states:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter ATF) and have been so employed for over twenty four years. As part of my duties as a Special Agent of the ATF, I am responsible for the investigation of violations of Federal laws, including those pertaining to firearms, explosives, and arson. For the last year, I have been assigned as a Task Force Officer to the Federal Bureau of Investigation's (FBI) Joint Terrorism Task Force at the Miami International Airport. In the course of my duties as a Special Agent of the ATF and Task Force Officer for the FBI, I participated in the investigation that is the subject of this affidavit.

2. The following is a summary of some of the information necessary that I, other agents and other law enforcement officers have learned in the course of this investigation. This affidavit is offered only to establish the probable cause for the arrest of Ryan Christopher SNIDER, and is not intended to be a complete presentation of all the facts of the investigation.

3. On May 25, 2012, American Airlines flight number 320 departed Montego Bay, Jamaica, and flew to its intended destination of Miami, Florida. Ryan Christopher SNIDER, a Canadian citizen, was a passenger on the flight.

4. After the plane landed and commenced taxiing, SNIDER exited his assigned seat, 14D, ran forward to the front of the aircraft, and banged on the cockpit door with his hand.

5. Two other passengers, who were seated forward of SNIDER, became concerned when SNIDER ran forward and responded to SNIDER's actions by pursuing SNIDER to the front

of the plane.  SNIDER was apprehended by the two passengers and restrained on the floor, in the forward section of the aircraft, outside the cockpit door.

6.  The aircraft's Captain, upon hearing the disturbance requested that Law Enforcement personnel meet the flight.  The Captain deviated the aircraft from its standard flight practice in order for law enforcement to meet the plane.

7.  The two passengers who had immobilized SNIDER continued to restrain SNIDER on the aircraft floor until the aircraft arrived at the gate where responding Miami-Dade Police Officers took SNIDER into custody.

8.  Members of the flight crew were intimidated by SNIDER's actions.

9.  Based on the aforementioned information, your affiant believes that there is probable cause to conclude that on May 25, 2012, Ryan Christopher SNIDER did by his actions interfere with the flight crew of said aircraft, so as to interfere with the performance of their duties in violation of Title 49, United States Code, Section 46504 in Miami, Florida in the Southern Judicial District of Florida.

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

MATTHEW R. MAY
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

Subscribed and sworn to before
me this 25th day of May 2012.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE