UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20456-CR-COHN/SELTZER

18 U.S.C. § 113(a)(5)
49 U.S.C. § 46506



Jun 18, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

RYAN CHRISTOPHER SNIDER,

      **Defendant.**

_____/

## INFORMATION

The United States Attorney charges that:

On or about May 25, 2012, in the special aircraft jurisdiction of the United States, while aboard American Airlines Flight 320, a civil aircraft of the United States, en route from Montego Bay, Jamaica, to Miami, Florida, with the Southern District of Florida being the district to which the defendant was first brought, the defendant,

**RYAN CHRISTOPHER SNIDER,**

assaulted, "J.B.," "S.D.," and "T.D.," in violation of Title 18, United States Code, Secion 113(a)(5) and 49, United States Code, Section 46506.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
FRANCIS VIAMONTES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RYAN CHRISTOPHER SNIDER,

               **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)      Yes _____    No _____
Number of New Defendants    _____
Total number of counts    _____

**Court Division**: (Select One)

_X_ Miami    ___ Key West
___ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
    List language and/or dialect    _____

4. This case will take    _0_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | _X_ |
| IV | 21 to 60 days | ___ | Felony | ___ |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)    _Yes_
If yes:
Magistrate Case No.    _12-2752- Garber_
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of    _May 25, 2012_
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes _X_ No

                                            _____
                                            FRANCIS VIAMOTNES
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No. 605514

*Penalty Sheet(s) attached                                                                           REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>RYAN CHRISTOPHER SNIDER</u>

**Case No:**

<u>Assault on an Aircraft</u>

<u>Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506</u>

**\*Max. Penalty:** <u>6 months' imprisonment</u>

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**