SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20456-CR-COHN

JUDGE JAMES I. COHN

UNITED STATES OF AMERICA

VS

Bryan Christopher Sniden

## CHANGE OF PLEA

On 7/20/12 the above named defendant appeared in person before the Honorable JAMES I. COHN, United States District Judge, with Michael Miken counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) 1 of the Indictment/(Information)

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

(✓) The Court proceeded to pronounce sentence. (See J&C)
( ) The Court postponed sentencing until _____
( ) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the U. S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.
(✓) The defendant being remanded to the custody of the U. S. Marshal ▓▓▓▓▓

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge JAMES I. COHN
Reporter Bonnie Lewis
Courtroom Deputy VALERIE THOMPKINS